December 24, 1907, affirming a judgment in favor of plaintiff entered upon the decree of the court at a Trial Term without a jury in an action under section 936 of the charter of the city of New York (L. 1901, ch. 436) to enforce the collection of a personal tax.

*W. W. Niles* for appellant.

*Francis K. Pendleton,* Corporation Counsel (*Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

CITY REAL ESTATE COMPANY, Appellant, *v.* UNION TRUST COMPANY OF NEW YORK, as Executor of WILLIAM F. KING, Deceased, Respondent, Impleaded with Another.

*City Real Estate Co.* v. *King,* 126 App. Div. 911, affirmed.
(Argued November 17, 1909; decided December 7, 1909.)

APPEAL from a judgment entered July 28, 1908, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to recover upon a bond and to foreclose a mortgage.

*Edward E. Sprague* for appellant.

*Benjamin A. Morton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.